| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Fischer, Dale S | 2. Court or Organization U.S. Dist. Ct. - CA (Central) | 3. Date of Report 4/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Roybal Federal Building 255 E. Temple St., Suite 830 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY -3 A 10 52 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (filer and spouse) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rollover IRA - Schwab | A | Dividend | N | T | | | | | |
| 2. --AMGN common stock | | | | | buy addit | 3/24 | J | | |
| 3. | | | | | buy addit. | 10/15 | J | | |
| 4. --AOL common stock | | | | | sell 2003 | 8/11 | J | | |
| 5. --BBBY common stock | | | | | | | | | |
| 6. --BRCD common stock | | | | | buy addit. | 11/19 | J | | |
| 7. --BRCM common stock | | | | | buy addit. | 10/15 | J | | |
| 8. --BVSN common stock | | | | | sell 2002 | 9/26 | J | | |
| 9. --CDWC common stock | | | | | | | | | |
| 10. --CHKP common stock | | | | | | | | | |
| 11. --CHS common stock | | | | | buy addit. | 10/15 | J | | |
| 12. --CSCO common stock | | | | | | | | | |
| 13. --DCLK common stock | | | | | sell 2003 | 1/22 | J | | |
| 14. --EBAY common stock | | | | | buy addit | 8/05 | J | | |
| 15. --ELAB common stock | | | | | | | | | |
| 16. --ELK common stock | | | | | sell 2002 | 8/29 | J | | |
| 17. --HD common stock | | | | | sell 2003 | 6/05 | J | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate only) | S = Assessment | T = Cash / Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 4/28/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. —KSS common stock | | | | | | | | | |
| 19. —LF common stock | | | | | buy 2003 | 11/05 | J | | |
| 20. | | | | | sell | 3/11 | J | | |
| 21. —MDT common stock | | | | | | | | | |
| 22. —MSFT common stock | | | | | parsell2003 | 4/24 | J | | |
| 23. | | | | | sell | 8/05 | J | | |
| 24. —NTAP common stock | | | | | | | | | |
| 25. —ORCL common stock | | | | | partsell | 8/05 | J | | |
| 26. —PFCB common stock | | | | | | | | | |
| 27. | | | | | buy addtl | 10/15 | J | | |
| 28. —PAYX common stock | | | | | | | | | |
| 29. —PWER common stock | | | | | | | | | |
| 30. —QCOM common stock | | | | | | | | | |
| 31. —QTRN common stock | | | | | sell 2003 | 1/28 | J | | |
| 32. —SKIL common stock (ADR) | | | | | sell | 12/01 | J | | |
| 33. —SPLS common stock | | | | | | | | | |
| 34. —SMTF common stock | | | | | sell 2002 | 11/20 | J | | |
| 35. —SBUX common stock | | | | | parsell2003 | 2/13 | J | A | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. —SBUX common stock | | | | | partsell | 10/15 | K | E | |
| 37. —SNPS commonstock | | | | | | | | | |
| 38. —TQNT common stock | | | | | sell 2003 | 1/21 | | | |
| 39. —TWTR common stock | | | | | sell | 8/05 | J | | |
| 40. —VRSN common stock | | | | | | | | | |
| 41. | | | | | buy addit | 10/15 | J | | |
| 42. —WPI common stock | | | | | partsell | 11/19 | J | A | |
| 43. —Schwab Money Market | | | | | | | | | |
| 44. —GILD common stock | | | | | buy 2003 | 8/11 | J | | |
| 45. | | | | | buy addit | 10/15 | J | | |
| 46. | | | | | buy addit | 12/01 | J | | |
| 47. —KKD common stock | | | | | buy 2003 | 6/05 | J | | |
| 48. | | | | | sell | 8/26 | J | | |
| 49. —ARO common stock | | | | | buy | 8/05 | J | | |
| 50. Credit Suisse Lg Cap Value Cl A (fmr Strat Value) | B | Dividend | M | T | merger 2003 | 6/06 | | | |
| 51. Credit Suisse Global Post-Venture Capital Fund | | None | J | T | | | | | |
| 52. Credit Suisse Global Post Vent Cap Cl A (fmr Glob Tech) | | None | J | T | merger 2003 | 10/10 | | | |
| 53. Brokerage Account . Schwab | | None | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 54. Contributory IRA - Schwab | | None | K | T | | | | | |
| 55. – Bender Growth Fund | | | | | | | | | |
| 56. Vanguard 500 Index Fund - IRA | B | Dividend | L | T | contrib | 2/02 | J | | |
| 57. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 58. Deutsche Bank Alex Brown Brokerage | | | | | | | | | |
| 59. –Deutsche Bank Reserve Fund | | | | | trans | 4/26 | | | |
| 60. Rouse common stock | | | | | cash merger | 11/15 | K | E | |
| 61. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 62. E*Trade Brokerage Account | | | | | | | | | |
| 63. –E*Trade Money Market Fund (inc. Tranfer from CAT mm fund) | A | Interest | K | T | | | | | |
| 64. – CAT Money Market Fund | | None | | | redeem 2002 | 10/14 | | | |
| 65. –MMM common stock | A | Dividend | J | T | | | | | |
| 66. –CAT common stock | A | Dividend | J | T | | | | | |
| 67. –CVX common stock | A | Dividend | J | T | | | | | |
| 68. –CSCO common stock | | None | | | sell | 12/13 | J | | |
| 69. –DELL common stock | | None | J | T | | | | | |
| 70. –DD common stock | A | Dividend | | | sell | 12/13 | J | | |
| 71. –EK common stock | A | Dividend | | | sell | 12/13 | J | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000; N = $250,001-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fisher, Dale S | 4/28/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. —XOM common stock | A | Dividend | K | T | | | | | |
| 73. —GM common stock | A | Dividend | | | sell | 12/13 | J | | |
| 74. —GT common stock | | None | | | sell | 12/13 | J | | |
| 75. —IP common stock | A | Dividend | | | sell | 12/13 | J | | |
| 76. —JPM common stock | A | Dividend | J | T | | | | | |
| 77. — QQQ units in inv. Fund | | None | | | sell | 12/13 | J | | |
| 78. —QCOM common stock | A | Dividend | K | T | | | | | |
| 79. 457 Plan | B | Interest | K | T | | | | | |
| 80. — SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 81. —LA County Stable Income Fund | | | | | | | | | |
| 82. 401(k) Plan | D | Interest | M | T | | | | | |
| 83. — T.Rowe Price International Stock Fund (TR-INS) | | | | | | | | | |
| 84. —SSGA S&P 500 Flagship Fund Series C | | | | | | | | | |
| 85. —Stable Value Fund (PC-SUF) | | | | | | | | | |

1 Income Gain Codes   A = $1,000 or less   B = $1,000-$2,500   C = $2,500-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4.)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2 Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3.)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
   U = Book Value   V = Other   W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

VII.  Investments and Trusts

Judges' Retirement Plan II - CalPERS (nomination report, sec. VII, line 69) rolled over into TSP on 03/30/04.

Start date was 11/18/03, so no PDR was due for 2003.  "Buy 2003," "sell 2003," or "sell 2002" indicates transactions relating to reporting period (01/01/02 - 04/30/03) or during 2003 after filing of Nominee's form.

Deutsche Bank Alex Brown Account (incl. Rouse stock) transferred to E*Trade  4/04.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  4-28-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
255 E. Temple Street, Suite 830
Los Angeles, CA 90012
Tel: (213) 894-7115
Fax: (213) 894-5676

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

Chambers of
**DALE S. FISCHER**
United States District Judge

July 5, 2005

FINANCIAL
DISCLOSURE OFFICE
2005 JUL 11 A 11: 34
RECEIVED

Honorable Mary Lisi, Chair
Committee on Financial Disclosure
One Columbia Circle, N.E.
Washington, D.C. 20544

Re: Further Information Requested In Your June 27, 2005 Letter

Dear Judge Lisi:

I apologize for the inadvertent omission of information in my 2004 report dated April 28, 2005. The item listed as "Brokerage Account - Schwab" contains only the Bender Growth Fund.

Please let me know if you require any further information.

Sincerely,

Dale S. Fischer
United States District Judge